IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Joseph J. Hassler,                          :
                    Petitioner             :
                                            :
            v.                              :
                                            :
Unemployment Compensation                   :
Board of Review,                            :
                    Respondent              :          No. 2339 C.D. 2014

# **O R D E R**

NOW, October 15, 2015, upon consideration of petitioner's application for reconsideration, the application is denied.

_____
DAN PELLEGRINI,
President Judge